IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **THE GENERIC PHARMACY, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:12cv54-MHT |
| | ) | (WO) |
| **RX SOLUTIONS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the plaintiff's notice of voluntary dismissal, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice. The court assumes that defendant has no objection to the allowance of the dismissal; however, if it does, it must file the objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of March, 2012.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE